**Opinion filed November 19, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00169-CV

_____

## IN THE MATTER OF THE GUARDIANSHIP OF C.D.D.

**On Appeal from the County Court at Law No. 2
Ector County, Texas
Trial Court Cause No. G1298-CCL2**

### M E M O R A N D U M   O P I N I O N

Appellant, Billie Dean, has filed in this court a motion to dismiss this appeal. Appellant requests that this appeal be dismissed as the issues to be raised have already been addressed by this court in related proceedings. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

November 19, 2020                                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.